IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS SCOBELLITTI,<br><br>        Plaintiff(s),<br><br>vs.<br><br>SAN FRANCISCO SHERIFF'S DEPARTMENT, et al.,<br><br>        Defendant(s). | No. C 06-5013 CRB (PR)<br><br>ORDER OF DISMISSAL WITH LEAVE TO AMEND |

        Plaintiff, a prisoner at the San Francisco County Jail, filed a pro se civil rights complaint under 42 U.S.C. § 1983 alleging unlawful arrest and harassment/threats at the jail.

        Per order filed on April 25, 2007, the court dismissed the compliant with leave to amend so plaintiff can allege, if possible, specific facts showing that the arrest in question was without probable cause or other justification.  His allegations of harassment and threats at the jail were dismissed without leave to amend, but he was advised that if the named deputies' conduct has risen to the objectionable level of deliberate indifference to plaintiff's health or safety, plaintiff must set forth specific facts in support of such a claim under § 1983.

        On May 9, 2007, plaintiff filed an amended complaint.  He then filed several letters seeking to amend further and allege additional facts and name additional defendants.  Good cause appearing, plaintiff's amended complaint is dismissed with leave to amend to incorporate all allegations and defendants nto

|     |     |
| --- | --- |
| 1   | one complaint within 30 days of this order.  The pleading must be simple and |
| 2   | concise and must include the caption and civil case number used in this order and |
| 3   | the words SECOND AMENDED COMPLAINT on the first page.  Failure to file |
| 4   | a proper amended complaint within the designated time will result in the |
| 5   | dismissal of this action. |
| 6   |      Plaintiff is advised that the second amended complaint will supersede the |
| 7   | original complaint and all other earlier amended pleadings.  Claims and |
| 8   | defendants not included in the second amended complaint will not be considered |
| 9   | by the court.  See King v. Atiyeh, 814 F.2d 565, 567 (9th Cir. 1987). |
| 10  | SO ORDERED. |
| 11  | DATED:  Sept. 19, 2007 |
| 12  | CHARLES R. BREYER<br>United States District Judge |

G:\PRO-SE\CRB\CR.06\Scobellitti1.or2.wpd